UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NOS: 12-198 & 13-66 |
| WALTER PORTER | SECTION: R |

### ORDER AND REASONS

Before the Court is the "motion" of defendant Walter Porter dated November 16, 2015. Porter claims ineffective assistance of counsel and seeks removal of counsel of record. Porter makes substantially the same arguments he articulated to the Court in previous letters dated October 4, 2013, October 23, 2013, and August 31, 2015. Defendant's current counsel has been most vigilant in protecting defendant's rights and pursuing viable avenues of defense. The right to counsel of choice does not extend to defendants who require counsel to be appointed for them. *United States v. Gonzalez-Lopez*, 548 U.S. 140, 152 (2006) (citing *Wheat v. United States*, 486 U.S. 153, 159 (1988)); *Cantu-Tzin v. Johnson*, 162 F.3d 295, 300 (5th Cir. 1998) (citing *United States v. Breeland*, 53 F.3d 100, 106, n.11 (5th Cir. 1995). Moreover, mere disagreement about strategic litigation decisions does not amount to a conflict of interest that would warrant appointment of new counsel. *United*

States v. Fields, 483 F.3d 313, 353 (5th Cir. 2007).  Accordingly, the Court DENIES defendant's "motion."

As this Court has previously indicated, defendant should refrain from writing letters directly to the Court in this matter.

New Orleans, Louisiana, this __1st__ day of December, 2015.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE